UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-10563-RGS

DAVID MICHAEL REPICI

v.

JILLIAM BETH CARMICHAEL

ORDER

March 29, 2019

STEARNS, D.J.

David Michael Repici, who resides in South Boston, MA, has filed a civil complaint against Jilliam Carmichael. Repici provides a Massachusetts address for the defendant. Repici claims that Carmichael stole his personal property and addressed him with a racial epithet.

Upon review of the complaint, the court concludes that it lacks subject matter jurisdiction over this action. Federal courts are of limited jurisdiction, and they may only adjudicate certain types of cases. Federal district courts may exercise jurisdiction over civil actions arising under federal laws, *see* 28 U.S.C. § 1331 ("§ 1331"), and over certain actions in which the parties are of citizens of different states and the amount in controversy exceeds $75,000, *see* 28 U.S.C. § 1332.

Here, the court cannot discern a claim arising under federal law.  In addition, the parties appear to be citizens of the same state.  Further, the plaintiff has not alleged, nor can the court infer, that the amount in controversy exceeds $75,000.

Under the Federal Rules of Civil Procedure, "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."  Fed. R. Civ. P. 12(h)(3).  Accordingly, for the reasons stated above, the court orders that this action be **DISMISSED** for lack of subject matter jurisdiction.  The dismissal is without prejudice to bringing an appropriate action in a state court.

                           **SO ORDERED.**

                           /s/ Richard G. Stearns
                           UNITED STATES DISTRICT JUDGE